# EXHIBIT 1

# CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages against Great Circle, its owners and/or related entities.

Date: April 26, 2017

Melissa Bush