# EXHIBIT 2



## Position Description

| Title: Foster Care Case Manager | | |
|---|---|---|
| FLSA Class: Non-Exempt | EEO Category: Professionals | WC Class: 8861 |
| Job Title #: 080004 | Salary Grade: | |
| Date Approved: | Purchasing Approval Level: 0 | |
| Revision Date: 6/4/2015 | Revision: | |

Purpose of Position

Provides case management to children and their families who have been placed in out-of-home care by the court system. Responsible for the development and implementation of permanency plans for children who are in the custody of the Children's Division.

Major Duties   (*Essential Element)

- Assess the risk of child abuse/neglect and on-going safety of children*
- Develop positive and proactive strategies to encourage families to participate in the services provided by the child welfare system*
- Assess child and family functioning, protective factors, family strengths, family needs, stressors, and coping mechanisms*
- Help parents improve their ability to care for their children*
- Help children and families plan for and adjust to transitions*
- Facilitate permanency and family connections*
- Evaluate the continued need for placement*
- Refer children and families for needed services*
- Evaluate the impact of services provided for the child and family*
- Address parenting skills*
- Understand family systems*
- Utilize communication and conflict resolution skills
- Intervene on behalf of abused and neglected children and their families*
- Testify in court as may be required in cases managed by the contractor*
- Recruit and evaluate resource homes ability as caregivers and develop a collaborative relationship with foster parents*

- Assist foster parents and kinship caregivers to provide a safe, nurturing environment*
- Work with community members and collaborate with other disciplines in service delivery to the child and family*
- Work cooperatively using a team approach
- Any other requirements as defined by 13 CSR 40-73

## Working Conditions

Home environment. Lighting and temperature adequate but may have to deal with families who smoke or locations that are in bad condition. Some in-state traveling.

## Physical Demands

To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. This person will have to be able to listen and communicate effectively. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

## Budget Responsibility

None

## Supervisory Responsibility

None

## Qualifications

Ability to work well with both children and families. Ability to handle conflict and difficult situations. Ability to work with extreme behaviors in children and adults. Excellent communications skills to facilitate meetings with children and parents. Excellent writing skills. Must have good driving record and be able to obtain Class E driver's license within 2 weeks of hire.

## Required Education and Experience

- Bachelor's Degree

## Preferred Education and Experience

- 2 years related work experience

Employee signature below constitutes employee's understanding of the requirements, essential functions and duties of the position.

Employee:_____ Date:_____