IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MELISSA BUSH, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:17-CV-04070-BCW |
| GREAT CIRCLE, | ) |
| Defendant. | ) |

## ORDER AND JUDGMENT

Before the Court is Plaintiff's Unopposed Combined Motion for Final Settlement Approval. (Doc. #58). The Court, being duly advised of the premises, grants said motion as follows.

1. The parties' settlement is approved as being fair, reasonable, adequate and in the best interests of class members and a fair and reasonable resolution of *bona fide* dispute under the Fair Labor Standards Act ("FLSA"), the Missouri Minimum Wage Law ("MMWL"), and Missouri common law;

2. The parties and settlement administrator shall administer the settlement in accordance with its terms;

3. Plaintiff Melisa Bush's shall receive the service award as provided in the parties' settlement agreement;

4. Plaintiffs' counsel shall receive attorneys' fees, costs and expenses per the terms of the parties' settlement agreement; and

5. Final judgment is hereby entered pursuant to Fed. R. Civ. P. 54 and all Plaintiffs' claims are dismissed with prejudice.

IT IS SO ORDERED.

DATE: <u>December 14, 2018</u>

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT