IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MELISSA BUSH, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:17-CV-04070-BCW |
| GREAT CIRCLE, | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

   X   **Decision by Court.**  The issues have been considered and a decision has been rendered by the Court.

IT IS ORDERED AND ADJUDGED, Final judgment is hereby entered pursuant to Fed. R. Civ. P. 54 and all Plaintiffs' claims are dismissed with prejudice, consistent with the order entered by the Honorable Brian C. Wimes this date.

                                                                AT THE DIRECTION OF THE COURT

December 14, 2018                              /s/Paige Wymore-Wynn
Dated                                                       Court Executive

December 14, 2018                              By: Joella Baldwin
Entered                                                    Deputy Clerk